F. Richard Ruderman (SB No. 142226)
Daniel R. Shaw (SB No. 281387)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: 916-563-0100
Facsimile: 916-563-0114

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.F., by and through her guardian ad litem, S.F., <br><br> Plaintiff, <br><br> v. <br><br> CENTER JOINT UNIFIED SCHOOL DISTRICT, <br><br> Defendants. | CASE NO.: 15cv849 JAM CKD <br><br> [PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM |

The Petition for an Order Appointing S.F. as guardian ad litem for M.F. is hereby GRANTED.

DATE: April 22, 2015

_____
UNITED STATES DISTRICT JUDGE