UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.F., guardian ad litem S.F., | No. 2:15-cv-0849 JAM CKD |
| Plaintiff, | |
| v. | ORDER |
| CENTER JOINT UNIFIED SCHOOL DISTRICT, et al., | |
| Defendant. | |

Pending before the court is plaintiff's motion for protective order. Because oral argument is not of material assistance, this matter is submitted on the briefs. E.D. Cal. L.R. 230(g). Upon review of the documents in support and opposition, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

Plaintiff has shown good cause for issuance of a protective order. In this court's experience, protective orders routinely include nondisclosure agreements to be signed by nonparties who are granted access to confidential materials. The court will therefore issue plaintiff's protective order, with minor modifications.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date of December 9, 2015 on plaintiff's motion for protective order is vacated.

2. Plaintiff's motion for protective order (ECF No. 11) is granted.

3. This action will be governed by the protective order entered concurrently with this order.

Dated:  December 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 mf-center0849.sop.po