UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.F., by and through Guardian ad Litem, S.F.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CENTER JOINT UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendant. | No. 2:15-cv-0849 JAM CKD<br><br>ORDER |

Plaintiff has noticed for hearing on September 21, 2016 a motion to compel. Accompanying the motion is an affidavit of plaintiff's counsel wherein he indicates that efforts to meet and confer with defense counsel have been unavailing.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than August 26, 2016, counsel shall engage in a face-to-face meet and confer regarding the issues raised in plaintiff's motion to compel.

2. Notwithstanding the provisions of Local Rule 251, the joint statement required under that Rule shall be filed no later than September 7, 2016.

Dated: August 10, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 mf-center0849.mtc.ftf

1