UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.F., by and through guardian ad litem, S.F.,<br><br>Plaintiff,<br><br>v.<br><br>CENTER JOINT UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | No. 2:15-cv-0849 JAM CKD<br><br>ORDER |

By order filed September 22, 2016, plaintiff's motion to compel was denied. ECF No. 28. The court, however, reserved the issue of whether an award of expenses incurred in connection with the motion should be made. Upon review of the supplemental briefing and good cause appearing, THE COURT FINDS AS FOLLOWS:

The court previously found that all responsive documents have been produced. Although it appears that the filing of the motion to compel prompted defense counsel to search for responsive documents, the court finds that defendant's action in not conducting a previous search for responsive documents was based on a good faith belief that such documents could not be produced absent consent by the parent of the student whose records would be disclosed. After review of the entire record of this matter, the court concludes that defendant's nondisclosure was

/////

1

substantially justified and considering all of the circumstances reflected in the record, an award of expenses would be unjust. Fed. R. Civ. P. 37 (a)(5)(A).

Accordingly, IT IS HEREBY ORDERED that no award of expenses will be made in connection with plaintiff's motion to compel.

Dated: October 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 mf849.exp