UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.F., a minor; by and through her guardian ad litem, S.F., <br><br> Plaintiff, <br><br> v. <br><br> Center Joint Unified School District, <br><br> Defendant. | No.  2:15-CV-00849 JAM-CKD <br><br> **RECUSAL ORDER** |

Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

Good cause appearing therefor,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that all pending dates before Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that

1

the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

DATED: October 18, 2016

                                        /s/ John A. Mendez_____
                                        HONORABLE JOHN A. MENDEZ
                                        United States District Court Judge