JAMES T. ANWYL, SBN 78715
LYNN A. GARCIA, SBN 131196
ANWYL & STEPP, LLP
2339 GOLD MEADOW WAY, SUITE 210
GOLD RIVER, CALIFORNIA 95670-6328
Telephone:   (916) 565-1800
Facsimile:   (916) 565-2374
jtanwyl@anwylaw.com
lag@anwylaw.com

Attorneys for Defendant CENTER JOINT UNIFIED SCHOOL DISTRICT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.F., a minor; by and through her guardian ad litem, S.F., <br><br> Plaintiff, <br><br> v. <br><br> CENTER JOINT UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No.: 2:15-cv-00849-TLN-CKD <br><br> **ORDER RE: REQUEST TO SEAL DOCUMENTS BY DEFENDANT CENTER JOINT UNIFIED SCHOOL DISTRICT** |

The Court having read the Request to Seal Documents submitted by Defendant CENTER JOINT UNIFIED SCHOOL DISTRICT and having reviewed the documents that are the subject of the Request, and good cause appearing,

IT IS HEREBY ORDERED that **Exhibit 11**, **Exhibit 12**, **Exhibit 13** and **Exhibit 14** to the Declaration of James T. Anwyl filed on October 18, 2016 are hereby ordered sealed permanently, and the only access which shall be permitted to any of the above-referenced documents shall be by the Court and its personnel.

Dated: October 20, 2016

_____
Troy L. Nunley
United States District Judge

-1-
**ORDER RE: REQUEST TO SEAL DOCUMENTS BY DEFENDANT CENTER JOINT USD**