F. Richard Ruderman (SB No. 142226)
rick@rudermanknox.com
Daniel R. Shaw (SB No. 281378)
daniel@rudermanknox.com
Colleen A. Snyder (SB No. 274064)
colleen@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.F., by and through her guardian ad litem, S.F.,<br><br>    Plaintiff,<br><br>v.<br><br>CENTER JOINT UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | CASE NO.: 2:15-CV-00849-TLN-CKD<br><br>**ORDER** |

The Parties are finalizing a settlement agreement to resolve this matter and have requested that the Court vacate all currently scheduled dates, including the upcoming hearing on Plaintiff's Motion to Amend the Complaint, and also that the Court refrain from issuing any further Orders, including specifically any Order on Plaintiff's pending Request for Reconsideration.

GOOD CAUSE APPEARING, the Court orders that all dates currently scheduled be vacated, and also that no further Orders will issue, pending consideration of the Petition for Minor's Compromise.

IT IS SO ORDERED

Dated: October 25, 2016

Troy L. Nunley
United States District Judge