1  F. Richard Ruderman (SB No. 142226)
   Colleen A. Snyder (SB No. 274064)
2  Ruderman & Knox, LLP
   1300 National Drive, Suite 120
3  Sacramento, CA 95834
   Telephone: (916) 563-0100
4  Facsimile: (916) 563-0114
   rick@rudermanknox.com
5  colleen@rudermanknox.com

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 M.F., by and through her guardian ad litem,     Case No. 2:15-cv-00849-TLN-CKD
   S.F.,
12                                                  **JOINT STIPULATION AND
                        Plaintiff,                  REQUEST TO AMEND COMPLAINT;
13                                                  ORDER**
            v.
14
   CENTER JOINT UNIFIED SCHOOL
15 DISTRICT,

16                      Defendant.

17

18         IT IS HEREBY STIPULATED by and between PLAINTIFF M.F., by and through

19 her guardian ad litem, S.F., and DEFENDANT Center Joint Unified School District,

20 through their counsel of record, as follows:

21         Pending in the federal court is *M.F., by and through her guardian ad litem, S.F. v.*

22 *Center Joint Unified School District*, Case No. 2:15-cv-00849-TLN-CKD.   On October

23 24, 2016, a notice of settlement was filed (ECF Doc. 49).  Pending in the Sacramento

24 Superior Court is *M.F., by and through her guardian ad litem, S.F. v. Center Joint*

25 *Unified School District, et al.*, Case No. 34-2015-00178126-CU-PO-GDS.  Both actions

26 arise out of the same operative facts and involve the same parties.  The parties have

27 entered into a global settlement to resolve both matters (Settlement).  The Settlement will

28 require the approval of a minor's compromise pursuant to Local Rule 202.  In order to

1    avoid the necessity of allocating or apportioning the Settlement between the federal and

2    state actions, and for the benefit of judicial economy and finality, the parties wish to

3    stipulate to the amending of the federal action to permit the addition of the related state

4    court claims found in Case No. 34-2015-00178126-CU-PO-GDS. (Attached hereto as

5    "Exhibit A".)

6        Following the filing of the Second Amended Complaint, should this Court

7    ultimately grant the minor's compromise, Plaintiff will dismiss with prejudice the state

8    and federal court actions.  While the parties anticipate that this Court will ultimately grant

9    the minor's compromise, the parties wish to further stipulate that should this Court not

10   grant the minor's compromise, Plaintiff will seek an order dismissing the state court

11   claims added by way of this stipulation and Plaintiff will pursue the state court claims in

12   state court.

13

14                                          Respectfully Submitted,

15

16   Dated:  December 13, 2016          **RUDERMAN & KNOX, LLP**

17

18                                            /S/ COLLEEN A. SNYDER
                                          COLLEEN A. SNYDER
19                                        Attorney for Plaintiff

20

21

22
     Dated:  December 13, 2016          **ANWYL & STEPP, LLP**
23

24
                                          /S/ JIM ANWYL
25                                        JIM ANWYL
                                          Attorney for Defendant
26

27

28

**JOINT STIPULATION AND REQUEST TO AMEND COMPLAINT;**
**ORDER**                                                             Page 2
Case No. 2:15-CV-0849-TLN-CKD

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**:

1. Plaintiff is granted leave to amend and file her Second Amended Complaint as set forth in Exhibit A;

2. Upon the filing of the Second Amended Complaint, the Court deems the matter settled and unless otherwise ordered by this Court, no responsive pleading need be filed by Defendants;

3. Within 30 days of the filing of the Second Amended Complaint, Plaintiff is directed to file and serve, in compliance with Local Rule 202(b)(2), a Motion for Approval of Proposed Settlement, Disbursement of Funds, and Dismissal of Action;

4. The parties' Stipulations recited above are noted for the record.

**IT IS SO ORDERED.**

Dated:  December 15, 2016

Troy L. Nunley
United States District Judge