**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.F., by and through her guardian ad litem, S.F., <br><br> Plaintiff, <br><br> vs. <br><br> CENTER JOINT UNIFIED SCHOOL DISTRICT, SCOTT LOEHR, STEVE JACKSON, PATTI STEVER, ROBERT SMITH, and CYNTHIA WACHOB, <br><br> Defendants. | NO.: 2:15-cv-00849-TLN-CKD <br><br> **ORDER CONFIRMING SETTLEMENT OF MINOR'S CLAIMS** |

The Court has considered the pleadings and papers filed in support of Plaintiff's Petition for Order Confirming Settlement of Minor's Claims, and good cause appearing, hereby ORDERS:

1. Plaintiff's Petition Confirming Settlement of Minor's Claim is granted;

2. The Court orders that Defendant Center Joint Unified School District pay the total sum of $77,175.05 to Ruderman & Knox, LLP for attorneys' fees and costs, and $87,824.95 to Ruderman & Knox, LLP Attorney Client Trust, to be placed into a Special Needs Trust ("SNT") for the sole benefit of M.F., after resolution of any lien for mental health services provided to Plaintiff in connection with the injuries at issue in this case.

1

3. Fees and costs for the establishment of the SNT may be paid by the SNT.

4. The Court waives the requirements of Local Rule 202(f).

IT IS SO ORDERED.

Dated: February 13, 2017

Troy L. Nunley
United States District Judge